864

No. 296, Misc.   WILLIS *v.* UNITED STATES.   C. A. 5th Cir.   Certiorari denied.   *Solicitor General Griswold* for the United States.

No. 301, Misc.   MARQUEZ *v.* CRAVEN, WARDEN.   Sup. Ct. Cal.   Certiorari denied.

No. 303, Misc.   JONES *v.* PRATT & WHITNEY, INC., ET AL.   C. A. 1st Cir.   Certiorari denied.

No. 304, Misc.   CUTY *v.* NEW YORK.   C. A. 2d Cir. Certiorari denied.

No. 308, Misc.   SHIPP *v.* UNITED STATES.   C. A. 4th Cir.   Certiorari denied.   *Solicitor General Griswold, Assistant Attorney General Wilson, Jerome M. Feit,* and *Roger A. Pauley* for the United States.

No. 311, Misc.   LOMBARDI *v.* FOLLETTE, WARDEN. C. A. 2d Cir.   Certiorari denied.

No. 313, Misc.   CHO PO SUN *v.* UNITED STATES.   C. A. 2d Cir.   Certiorari denied.   *William E. Hellerstein* and *Phylis Skloot Bamberger* for petitioner.   *Solicitor General Griswold, Assistant Attorney General Wilson, Beatrice Rosenberg,* and *Roger A. Pauley* for the United States.

No. 315, Misc.   TINKER *v.* UNITED STATES.   C. A. D. C. Cir.   Certiorari denied.   *Solicitor General Griswold* for the United States.

No. 318, Misc.   RUFFIN *v.* MANCUSI, WARDEN.   C. A. 2d Cir.   Certiorari denied.